IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNA SUE LIPPE                                                                                    PLAINTIFF

v.                                       Case No. 3:11-CV-03099

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

## **J U D G M E N T**

Currently before the Court is the Report and Recommendation (Doc. 9) filed in this case on September 24, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  The objection period has passed with no objections being filed by either party.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, the decision of the Administrative Law Judge is reversed, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296 (1993);  28 U.S.C. §§2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED this 1st day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE